# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 30, 2013

146963

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

MARK C. OLEWIN,
        Plaintiff-Appellant,

v

                                        SC: 146963
                                        COA: 310856
                                        MCAC: 10-000156

CARBOLOY, INC.,
        Defendant-Appellee.

_____/

      On order of the Court, the application for leave to appeal the March 1, 2013 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 30, 2013



                               Clerk

t0722